IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY ANTHONY RANDAZZO,**

    **Plaintiff,**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**　　　　　　　　　　　　　　**No. 10-cv-733-DRH-CJP**

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Before the Court is a Report and Recommendation (the Report) (Doc. 19) issued on May 11, 2011, by United States Magistrate Judge Clifford J. Proud recommending that the final decision of the Commissioner of Social Security finding that plaintiff Gary Anthony Randazoo is not disabled be affirmed. Upon issuance, the Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by May 31, 2011 (Doc. 19-1). To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). Thus, the Court **ADOPTS** the Report in its entirety (Doc. 19). The final decision of the Commissioner of Social Security finding that plaintiff Gary Anthony Randazzo is not disabled is **AFFIRMED**. The Clerk is instructed to **ENTER JUDGMENT** in favor of defendant Michael J.

Astrue, Commissioner of Social Security, and against plaintiff Gary Anthony Randazoo and to close the file.

**IT IS SO ORDERED.**

Signed this 1st day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.01 12:41:46 -05'00'

**Chief Judge
United States District Court**