**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**GARY ANTHONY RANDAZZO,**

     **Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,
Commissioner of Social Security,**

     **Defendant.**                                     **No. 10-CV-733-DRH-CJP**

## JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.**   This matter is before the court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 1, 2011, the Court **AFFIRMS** the final decision of the Commissioner of Social Security and judgment is entered in favor of defendant, **MICHAEL J. ASTRUE, Commissioner of Social Security,** and against the plaintiff, **GARY ANTHONY RANDAZZO.**-------------------------------------------------------------------------

                        **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                        **BY:**      *s/Sandy Pannier*
                                     **Deputy Clerk**

Dated: June 2, 2011

David R. Herndon
2011.06.02
04:50:08 -05'00'

APPROVED:
     CHIEF JUDGE
     U. S. DISTRICT COURT